1  MARK J. BOURASSA, ESQ.
   Nevada Bar No. 7999
2  **THE BOURASSA LAW GROUP, LLC**
   8668 Spring Mountain Road, Suite 101
3  Las Vegas, Nevada 89117
4  Tel: (702) 851-2180
   Fax: (702) 851-2189
5  mbourassa@bourassalawgroup.com
   *Attorney for Plaintiff*
6

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS CALLANAN, an individual | Case No.: 2:12-cv-00912-LDG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BRACHFELD LAW OFFICE, P.C. a California professional corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, DENNIS CALLANAN, by and through his attorneys of The Bourassa Law Group, LLC, and Defendant, BRACHFELD LAW OFFICE, P.C., by and through its attorneys of Cooper, Levenson, April Niedelman & Wagenheim, P.A., that the above-captioned action be dismissed in its entirety **with prejudice**, each party to bear their own attorneys' fees and costs.

\\\

\\\

\\\

\\\

\\\

- 1 -

Trial in this matter has not been set.  There are no Motions currently pending.

**AGREED AND ACCEPTED:**

| Plaintiff: | Defendant: |
|---|---|
| DATED this 8th day of March, 2013 | DATED this 8th day of March, 2013 |
| THE BOURASSA LAW GROUP, LLC | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. |
| By:  /s/ Mark J. Bourassa<br>MARK J. BOURASSA, ESQ.<br>Nevada Bar No.7999<br>mbourassa@bourassalawgroup.com<br>TRENT L. RICHARDS, ESQ.<br>Nevada Bar No. 11448<br>trichards@bourassalawgroup.com<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, Nevada 89117<br>Telephone: (702) 851-2180<br>Facsimile: (702) 851-2189<br>*Attorneys for Plaintiff* | By:  /s/ Gregory A. Kraemer<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>jbusby@cooperlevenson.com<br>GREGORY A. KRAEMER<br>Nevada Bar No. 10911<br>gkraemer@cooperlevenson.com<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>Telephone: (702) 366-1125<br>Facsimile: (702) 366-1857<br>*Attorneys for Defendant* |

### **ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the case entitled <u>Callanan v. Brachfeld Law Group, P.C.</u>, U.S. District Court for the District of Nevada Case No. 2:12-cv-00912-LDG-CWH, shall be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 13 day of March 2013.

_____
UNITED STATES DISTRICT COURT JUDGE