MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS CALLANAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BRACHFELD LAW OFFICE, P.C. a California professional corporation,<br><br>Defendant. | Case No.: 2:12-cv-00912-LDG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, DENNIS CALLANAN, by and through his attorneys of The Bourassa Law Group, LLC, and Defendant, BRACHFELD LAW OFFICE, P.C., by and through its attorneys of Cooper, Levenson, April Niedelman & Wagenheim, P.A., that the above-captioned action be dismissed in its entirety **with prejudice**, each party to bear their own attorneys' fees and costs.

\\\

\\\

\\\

\\\

\\\

- 1 -

Trial in this matter has not been set.  There are no Motions currently pending.

**AGREED AND ACCEPTED:**

**Plaintiff:**                                              **Defendant:**

DATED this 8th day of March, 2013          DATED this 8th day of March, 2013

THE BOURASSA LAW GROUP, LLC          COOPER LEVENSON APRIL
                                                                 NIEDELMAN & WAGENHEIM, P.A.

By:   /s/ Mark J. Bourassa                              By:   /s/ Gregory A. Kraemer
  MARK J. BOURASSA, ESQ.                         JERRY S. BUSBY, ESQ.
  Nevada Bar No.7999                                      Nevada Bar No. 1107
  mbourassa@bourassalawgroup.com           jbusby@cooperlevenson.com
  TRENT L. RICHARDS, ESQ.                       GREGORY A. KRAEMER
  Nevada Bar No. 11448                                  Nevada Bar No. 10911
  trichards@bourassalawgroup.com             gkraemer@cooperlevenson.com
  8668 Spring Mountain Road, Suite 101      6060 Elton Avenue – Suite A
  Las Vegas, Nevada 89117                           Las Vegas, Nevada 89107
  Telephone: (702) 851-2180                         Telephone: (702) 366-1125
  Facsimile: (702) 851-2189                          Facsimile: (702) 366-1857
  *Attorneys for Plaintiff*                                *Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the case entitled <u>Callanan v. Brachfeld Law Group, P.C.</u>, U.S. District Court for the District of Nevada Case No. 2:12-cv-00912-LDG-CWH, shall be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 13 day of March 2013.

_____
UNITED STATES DISTRICT COURT JUDGE